IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DARRYL GATLIN, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO. |
| ) | 1:12-CV-0953-AT |
| v. ) | |
| ) | |
| CITIMORTGAGE, INC., CITIBANK, ) | |
| N.A., and WILMINGTON TRUST ) | |
| COMPANY, both acting as trustees for ) | |
| MORTGAGE PASS-THROUGH ) | |
| CERTIFICATES SERIES 2003-36XS ) | |
| TRUST, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**MOTION TO RECONSIDER ORDER GRANTING DEFENDANTS' MOTION TO DISMISS AND FOR LEAVE TO AMEND COMPLAINT**

COMES NOW, Plaintiff Darryl Gatlin, by and through his undersigned counsel of record, and files this his Motion to Reconsider this Court's Order granting Defendant's Motion to Dismiss and for Leave to Amend his Complaint pursuant to LR 7.2(E) and Fed. R. Civ. P. 60(b). In support hereof, Plaintiff has filed a Memorandum of Law contemporaneously herewith. Plaintiff has also attached an Amended Complaint as an exhibit to said Memorandum of Law.

WHEREFORE, Plaintiff moves the Court for the following relief:

(1) That it vacate and set aside its Order Granting Defendants' Motion to Dismiss;

(2) That it grant Plaintiff's request for leave to amend his Complaint;

(3) That it reinstate Plaintiff's case and direct the Clerk to re-open the case;

(4) That it require Defendants to file responsive pleadings to Plaintiff's Amended Complaint; and

(5) For such other and further relief as this Honorable Court deems just and proper.

Respectfully submitted this 23rd day of October, 2012.

        _[s] William J. Smith_____
        William J. Smith
        Georgia Bar No. 710280
        ATTORNEY FOR PLAINTIFF
        DARRYL GATLIN

2202 Dunwoody Gables Dr.
Dunwoody, GA 30338
Telephone: (770) 601-9085
Facsimile: (404) 816-6856
bjsmith3414@gmail.com

## **FONT AND POINT CERTIFICATION**

The undersigned counsel for Plaintiff hereby certify that the within and foregoing **MOTION TO RECONSIDER ORDER GRANTING DEFENDANTS' MOTION TO DISMISS AND FOR LEAVE TO AMEND COMPLAINT** was prepared using Times New Roman, 14-point font in accordance with LR 5.1(B).

This the 23rd day of October, 2012.

                                           _[s] William J. Smith_____
                                           William J. Smith
                                           Georgia Bar No. 710280
                                           ATTORNEY FOR PLAINTIFF
                                           DARRYL GATLIN

2202 Dunwoody Gables Dr.
Dunwoody, GA 30338
Telephone: (770) 601-9085
Facsimile: (404) 816-6856
bjsmith3414@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this 23rd day of October , 2012, served all parties in this matter with the foregoing **MOTION TO RECONSIDER ORDER GRANTING DEFENDANTS' MOTION TO DISMISS AND FOR LEAVE TO AMEND COMPLAINT** by United States Mail, postage pre-paid, in a properly addressed envelope to:

> Sarah Tope Reise
> Christopher J. Willis
> Ballard Spahr-Atl
> 999 Peachtree Street
> Atlanta, GA 30309-3915

>> _[s] William J. Smith_____
>> William J. Smith
>> Georgia Bar No. 710280
>> ATTORNEY FOR PLAINTIFF
>> DARRYL GATLIN

2202 Dunwoody Gables Dr.
Dunwoody, GA 30338
Telephone: (770) 601-9085
Facsimile: (404) 816-6856
bjsmith3414@gmail.com